
IN RE:                             CASE NO: 05-54393

JOHN L GRECO                  CHAPTER 7

          Debtor(s)            HON. MARILYN SHEA-STONUM
                                      BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

       Claim #4     TBF Financial LLC                           $1,368.53
                            Assignee of GE Capital
                            520 Lake Cook Rd., #510
                            Deerfield, IL 60015

2. Your trustee's check for $ 1,368.53 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 24, 2011

                                               Marc P. Gertz, #0003808
                                               Chapter 7 Trustee
                                               Goldman & Rosen, Ltd.
                                               11 S. Forge St.
                                               Akron, OH 44304
                                               Phone: 330.376.8336
                                               Fax: 330.376.2522
                                               mpgertz@goldman-rosen.com

*[Handwritten:] ck # 1010*
*[Handwritten:] receipt # 82381*